**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CHAD MARK FRANCO FERRARI,**
Plaintiff,

REC'D APR 01 2026

v.

**HON. DANIEL R. SULMAN,**
Defendant.

Civil Action No. ______________

---

**MOTION FOR SERVICE OF PROCESS BY UNITED STATES MARSHAL**

28 U.S.C. § 1915(d) | Fed. R. Civ. P. 4(c)(3)

---

Plaintiff Chad Mark Franco Ferrari, proceeding pro se, respectfully moves this Court for an Order directing the United States Marshal to serve the Summons and Complaint upon Defendant, and in support states:

**1.** Plaintiff has filed a contemporaneous Application to Proceed In Forma Pauperis (IFP) under 28 U.S.C. § 1915(a).

**2.** Under 28 U.S.C. § 1915(d), the officers of the court shall issue and serve all process in IFP cases. Fed. R. Civ. P. 4(c)(3) authorizes the Court to order service by the Marshal.

**3.** Defendant is a sitting Judge of the Court of Common Pleas of Philadelphia County. Service upon a sitting state judge requires the involvement of the U.S. Marshal to ensure proper, dignified, and legally effective service. Personal service by Plaintiff on a sitting judge would be impracticable and inappropriate.

**4.** Defendant's address for service is: Chambers of Hon. Daniel R. Sulman, Court of Common Pleas, Family Court Division, 1501 Arch Street, Philadelphia, PA 19102.

**5.** The Pennsylvania Attorney General's Office should also be notified of this action as a matter of courtesy and to ensure proper notice to the Commonwealth. Address: Office of the Attorney General, Strawberry Square, 16th Floor, Harrisburg, PA 17120.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order directing the United States Marshal for the Eastern District of Pennsylvania to serve the Summons and Complaint upon Defendant at the address identified above, and upon the Pennsylvania Attorney General's Office.

Date: April 1, 2026

______________________________

**Chad Mark Franco Ferrari, Pro Se**
1119 Wallace Street, Philadelphia, PA 19123
chadferrari@me.com | (215) 483-1985

---

**PROPOSED ORDER**

AND NOW, this ___ day of __________, 2026, upon consideration of Plaintiff's Motion, it is hereby ORDERED that the United States Marshal for the Eastern District of Pennsylvania shall serve the Summons and Complaint upon Defendant, Hon. Daniel R. Sulman, at the Court of Common Pleas, Family Court Division, 1501 Arch Street, Philadelphia, PA 19102, and shall provide courtesy notice to the Pennsylvania Attorney General's Office, Strawberry Square, 16th Floor, Harrisburg, PA 17120.

BY THE COURT:

______________________________

United States District Judge