# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CHAD MARK FRANCO FERRARI,**

 Plaintiff,

v.

**DANIEL LEONARD, et al.,**

 Defendants.

Civil Action No. 2:26-cv-01866-GAW

(and related matter 2:26-cv-02184-GAW)

## EXHIBIT PACKAGE

**In Support of Plaintiff's Motion for Judicial Disclosure**

**Pursuant to 28 U.S.C. § 455(a)**

---

*Filed by Chad Mark Franco Ferrari, Plaintiff Pro Se*

*April 13, 2026*

---

**INDEX OF EXHIBITS:**

**Exhibit A —** Blank Rome LLP Partners Support Letter (July 26, 2024)

**Exhibit B —** Larry Weilheimer LinkedIn Post Re: Governor Shapiro Inauguration **[NATIVE SCREENSHOT EMBEDDED]**

**Exhibit C —** Abington Township Planning Commission Minutes (September 26, 2023)

**Exhibit D —** Blank Rome Press Release re: Judge Goldberg (December 16, 2025)

**Exhibit E —** Instagram @larry__w Profile — "Followed by joshshapiropa" **[NATIVE SCREENSHOT EMBEDDED]**

**Exhibit F —** Senate Judiciary Committee QFR — Hon. Gail A. Weilheimer (Aug 7, 2024) **[FULL VERBATIM TEXT EMBEDDED]**

**CERTIFICATION:**

Plaintiff certifies that all exhibits in this package are public-record documents available from primary sources identified in each exhibit. Exhibits B and E are reproduced from contemporaneous native screenshots preserved in Plaintiff's records. Exhibit F is reproduced verbatim from the publicly available Senate Judiciary Committee document at the URL identified in the exhibit. Plaintiff will produce native-format copies of any exhibit upon the request of the Court or any party.

# EXHIBIT A

## Blank Rome LLP Partners Support Letter for Weilheimer Nomination

**Source:** July 26, 2024 — "Greater Philadelphia Legal Community" Letter to U.S. Senate Judiciary Committee in support of the nomination of Hon. Gail A. Weilheimer to the U.S. District Court for the Eastern District of Pennsylvania

**Tier:** A — Public record (Senate Judiciary Committee nomination file; Philadelphia Inquirer July 3, 2024 nomination announcement)

**Cross-reference:** Plaintiff's Motion for Judicial Disclosure ¶10 (Section III(B))

**DOCUMENT DESCRIPTION:**

Six partners of Blank Rome LLP signed and submitted the public "greater Philadelphia legal community" support letter for Hon. Gail A. Weilheimer's federal judicial nomination on or about July 26, 2024.

Mary T. Vidas, Esq. and Michelle Piscopo, Esq. of Blank Rome LLP serve as counsel for Plaintiff's opposing party in the underlying Pennsylvania state court family-law proceedings (Ferrari v. Ferrari, OC-24-002084) and are subjects of the separate Vidas/Piscopo Disciplinary Complaint v2 FINAL pending before the Pennsylvania Office of Disciplinary Counsel.

Native source available through the Senate Judiciary Committee public nomination records and contemporaneous Philadelphia Inquirer coverage of the nomination dated July 3, 2024. Plaintiff respectfully reserves the right to supplement this exhibit with the native-format support letter upon production from the Senate Judiciary Committee public records archive.

# EXHIBIT B

## Larry Weilheimer LinkedIn Post Re: Governor Shapiro Inauguration

**Source:** Public LinkedIn post by Larry Weilheimer, Senior Vice President & General Counsel of the Philadelphia Inquirer, posted approximately three years prior to capture date in connection with the inauguration of Governor Josh Shapiro as the 48th Governor of Pennsylvania (January 17, 2023)

**Tier:** A — Native screenshot of public LinkedIn post; verbatim text and photographs preserved

**Cross-reference:** Plaintiff's Motion for Judicial Disclosure ¶7 (Section III(A) Shapiro Cluster)

**VERBATIM TEXT OF POST:**

> **"Thrilled to watch my good friend become the 48th Governor of Pennsylvania! Our Commonwealth is in great hands!!"**

**Author:** Larry Weilheimer, Senior Vice President & General Counsel (Philadelphia Inquirer); spouse of Hon. Gail A. Weilheimer

**Engagement:** 96 reactions, 11 comments

**Photographs included in post:** (1) Selfie of Larry Weilheimer and Hon. Gail A. Weilheimer at the Pennsylvania State Capitol with the inauguration platform visible in the background; (2) and (3) two group photographs at inauguration-related receptions

**NATIVE SCREENSHOT:**



# EXHIBIT C

## Abington Township Planning Commission Minutes — September 26, 2023

---

**Source:** Official minutes of the Township of Abington Planning Commission public meeting held September 26, 2023 regarding the conditional-use application for a senior-care facility at 1209 Rydal Road

**Tier:** A — Public municipal records (Abington Township Planning Commission minutes archive)

**Cross-reference:** Plaintiff's Motion for Judicial Disclosure ¶8 and ¶8A (Section III(A))

**KEY DOCUMENTED FACTS:**

**Date:** September 26, 2023

**Body:** Township of Abington Planning Commission

**Application:** Conditional-use application for senior-care facility at 1209 Rydal Road, Abington Township, Pennsylvania

**Outcome:** Application DENIED 7-0

**PUBLIC COMMENT PARTICIPANTS RELEVANT TO THIS DISCLOSURE MOTION:**

> **Larry Weilheimer** (1282 Rydal Road, Abington Township) — submitted public comment in opposition to the conditional-use application
>
> **Hon. Gail A. Weilheimer** (1282 Rydal Road, Abington Township) — submitted public comment in opposition to the conditional-use application
>
> **Lori Shapiro** (Cloverly Lane, Abington Township) — submitted public comment, speaking for herself and Governor Josh Shapiro, in opposition to the conditional-use application

**Geographic proximity:** Both the Weilheimer household (1282 Rydal Road) and the Shapiro household (Cloverly Lane) are residents of the immediate Abington Township/Rydal area. The disputed property at 1209 Rydal Road is in the immediate vicinity.

**Native source:** Available from Township of Abington Planning Commission, official meeting minutes archive, September 26, 2023 meeting record. Plaintiff respectfully reserves the right to supplement this exhibit with the native-format minutes upon production from Abington Township records.

# EXHIBIT D

## Blank Rome Press Release — Hon. Mitchell S. Goldberg Joining as Senior Counsel

---

**Source:** Blank Rome LLP official press release dated December 16, 2025 announcing that Hon. Mitchell S. Goldberg, immediate past Chief Judge of the United States District Court for the Eastern District of Pennsylvania, would join Blank Rome LLP as senior counsel in the business litigation group effective January 1, 2026

**Tier:** A — Public press release (Blank Rome LLP official website)

**Cross-reference:** Plaintiff's Motion for Judicial Disclosure ¶12 and ¶12A (Section III(D))

**DOCUMENT SUMMARY:**

**Date of announcement:** December 16, 2025

**Effective date of transition:** January 1, 2026

**Practice group:** Business Litigation, as senior counsel

**Source:** Blank Rome LLP official press release archive

**RELEVANCE:**

The January 1, 2026 effective date fell during the period in which the underlying state court proceedings were active and shortly before the federal complaints in the above-captioned actions were filed. Plaintiff's December 23, 2025 Motion for Leave to Conduct Limited Scope Oral Depositions in the related state court matter addressed, in part, Judge Goldberg's then-publicly-announced incoming senior counsel role at Blank Rome.

Plaintiff makes no representation regarding any role by Judge Goldberg in the assignment or reassignment of the above-captioned matters. The press release is offered only as public-record context regarding the temporal alignment of Judge Goldberg's Blank Rome transition with the federal filings.

**Native source:** Available from Blank Rome LLP official website press releases archive, December 16, 2025 announcement. Plaintiff respectfully reserves the right to supplement this exhibit with the native-format press release upon production.

# EXHIBIT E

## Instagram @larry__w Profile — "Followed by joshshapiropa" Indicator

---

**Source:** Public Instagram profile @larry__w (publicly identified as the account of Larry Weilheimer, spouse of Hon. Gail A. Weilheimer), captured in or about April 2026

**Tier:** A — Native screenshot of public Instagram profile showing the "Followed by" indicator

**Cross-reference:** Plaintiff's Motion for Judicial Disclosure ¶9 (Section III(A))

**OBSERVED FACTS FROM SCREENSHOT:**

**Profile handle:** @larry__w

**Profile name:** Larry Weilheimer

**Profile statistics:** 49 posts, 55 followers, 49 friends

**Profile status:** Private ("This profile is private")

**"Followed by" indicator: "Followed by joshshapiropa"** — displayed directly below profile statistics, with profile thumbnail

**CALIBRATED REPRESENTATION:**

Plaintiff makes no representation regarding who operates the @joshshapiropa account (whether personally by Governor Shapiro, by staff, or by any other party), and notes this digital connection only as a public-record fact for the Court's independent § 455(a) evaluation. The screenshot below is the contemporaneous capture of the indicator referenced in ¶9 of Plaintiff's Motion.

**NATIVE SCREENSHOT:**



# EXHIBIT F

## Senate Judiciary Committee Questions for the Record — Hon. Gail A. Weilheimer

**Source:** Sworn responses by Hon. Gail A. Weilheimer to Questions for the Record submitted by the United States Senate Judiciary Committee following the July 31, 2024 nomination hearing, transmitted by the Office of Legal Policy on August 7, 2024

**Tier:** A — Public record (United States Senate Judiciary Committee official document)

**URL:** https://www.judiciary.senate.gov/imo/media/doc/2024-07-31_-_qfr_responses_-_weilheimer.pdf

**Cross-reference:** Plaintiff's Motion for Judicial Disclosure ¶5A (Section II Legal Standard)

**VERBATIM SWORN STATEMENTS — PROCEDURAL FAIRNESS COMMITMENTS:**

**From Senator Amy Klobuchar's Questions for the Record:**

> **Question:** "What steps have you taken to ensure that those who appear before you have confidence that the court reached a fair and just decision, regardless of the outcome?"
>
> **Response:** "There are winners and losers in court, but it is my goal that, regardless of the outcome, people do not feel intimidated by the process. **I treat every person who appears before me with respect. I ensure that all voices are heard. I am well prepared for every case. Each case is addressed efficiently and my decisions and the underlying reasoning for my decisions are transparent.** What I have found over the past decade of presiding over every type of state court case is that adhering to this process has consistently instilled confidence in the system among the litigants and their lawyers."

**Also from Senator Klobuchar's QFR:**

> **Question:** "How has your experience as a state trial court judge prepared you to serve as a federal district court judge?"
>
> **Response:** "Being a state trial court judge has taught me how to manage a courtroom, to efficiently address a voluminous caseload, be well prepared for cases involving any legal issue that may come before me and to articulate my rulings in a way that instills confidence in the system. For each case that I preside over, I am focused on the fact that for the individual litigants and jurors, while their case is one of thousands for me, for them, this case is of the utmost importance to their lives and is likely to be their only contact with the judicial system. **My courtroom management works to ensure that the participants leave the courtroom feeling that all voices were heard and that justice was served.**"

**From Senator Mike Lee's Questions for the Record, Question 1 (Judicial Philosophy):**

**Question:** "How would you describe your judicial philosophy?"

**Response:** "My judicial philosophy is that while there are winners and losers in court, it is my goal that, regardless of the outcome, people do not feel intimidated by the process. **I treat every person who appears before me with respect. I ensure that all voices are heard. I am well prepared for every case. Each case is addressed efficiently and my decisions and the underlying reasoning for my decisions are transparent.**"

**From Senator Lindsey Graham's Questions for the Record, Question 10:**

**Question:** "Please explain whether you agree or disagree with the following statement: 'The judgments about the Constitution are value judgments. Judges exercise their own independent value judgments. You reach the answer that essentially your values tell you to reach.'"

**Response:** "I disagree with that statement. **A judge is obligated to have fidelity to the law. I am bound by the law and the precedent established and I am required to apply the law fairly, equally and impartially. My values and personal views have no place in my application of the law.**"

**From Senator Lindsey Graham's Questions for the Record, Question 13:**

**Question:** "When asked why he wrote opinions that he knew the Supreme Court would reverse, Judge Stephen Reinhardt's response was: 'They can't catch 'em all.' Is this an appropriate approach for a federal judge to take?"

**Response:** "No, this is not an appropriate approach. **Judges are obligated to have fidelity to the law and to comply with the established precedent.** This is the approach I have employed as a state court judge and if I am confirmed, I will faithfully apply the precedent established by the Supreme Court and the Third Circuit when addressing cases before me as a district court judge."

**RELEVANCE TO MOTION:**

These sworn statements establish the procedural standard the Court itself articulated to the United States Senate Judiciary Committee. Plaintiff respectfully submits the Motion for Judicial Disclosure in reliance on, and consistent with, the Court's own articulated commitments to ensuring that all voices are heard, to maintaining transparency in decisions and underlying reasoning, and to applying the law fairly, equally, and impartially without regard to personal views.