## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CHAD MARK FRANCO FERRARI,**

Plaintiff,

v.

**DANIEL LEONARD, et al.,**

Defendants.

Civil Action No. 2:26-cv-01866-GAW

(and related matter 2:26-cv-02184-GAW)

## [PROPOSED] ORDER ON PLAINTIFF'S MOTION

## FOR JUDICIAL DISCLOSURE PURSUANT TO 28 U.S.C. § 455(a)

AND NOW, this _____ day of _____, 2026, upon consideration of Plaintiff's Motion for Judicial Disclosure Pursuant to 28 U.S.C. § 455(a) (the "Motion"), and the Court having reviewed the Motion and supporting exhibits, IT IS HEREBY ORDERED that:

**1.**     The Motion is [ ] GRANTED  [ ] GRANTED IN PART  [ ] DENIED without prejudice.

**2.**     The Court hereby places on the record the following disclosures, if any, pursuant to 28 U.S.C. § 455(a):

**3.**      In the alternative, the Court finds that no further disclosure is warranted under 28 U.S.C. § 455(a) beyond what already appears on the public record.

**4.**      This Order is entered without prejudice to any party's right to seek further relief under 28 U.S.C. § 455 should additional facts come to light.

BY THE COURT:

_____

**HON. GAIL A. WEILHEIMER**

United States District Judge

Eastern District of Pennsylvania