# Pro Se Electronic Filing



**Name:**

**Chad Ferrari**

**Email Address:**

**chadferrari@me.com**

**Phone Number**

**2154831985**

**Are you filing a new case?**

**No, I'm not filing a new case.**

**Case Caption**

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA CHAD MARK FRANCO FERRARI, Plaintiff, v. HON. DANIEL R. SULMAN,**

**Case Number**

**2:26-cv-02184-GAW**

**Description of Document(s)**

**Plaintiff's Motion for Judicial Disclosure Pursuant to 28 U.S.C. § 455(a), with Proposed Order and Exhibit Package (Exhibits A–F)**

**Do you have a mailing address?**

**Yes**

**Mailing Address Line 1**

**1119 Wallace St. Floor 1**

**City:**

**Philadelphia**

**State:**

**Pennsylvania**

**Zip Code:**

**19123**

**Terms of Submission**

**Yes**

Show empty values