**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHAD MARCO FRANCO FERRARI,**<br>**Plaintiff,** | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-2184** |
| **HON. DANIEL R. SULMAN,**<br>**Defendant.** | : | |

**ORDER**

AND NOW, this 28th day of May 2026, in light of *pro se* Plaintiff Chad Marco Franco Ferrari's failure to either pay the applicable $405 filing fee or file an updated motion to proceed *in forma pauperis* in accordance with the Court's April 15, 2026 Order (ECF No. 9), which (1) granted him thirty (30) days to do so and (2) warned him that if he failed to comply with the Order that this case would be dismissed without prejudice for failure to prosecute, it is **ORDERED** that:

1. Ferrari's case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.
2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**GAIL A. WEILHEIMER, J.**